# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**KAMYAR SAREMISHAHAB,**

      Petitioner,

v.                                                    Case No. 2:25-cv-00756-WJ-JMR

**DORA CASTRO,** Warden, Otero County Processing Center;
**MARY DE ANDA-YBARRA,** Director,
El Paso Field Office,
U.S. Immigration and Customs Enforcement;
**KRISTI NOEM,** Secretary of the
U.S. Department of Homeland Security; and
**PAM BONDI,**
Attorney General of the United States,
in their official capacities

      Respondents.

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

THIS MATTER comes before the Court upon Respondents' Notice of Developments Mooting Case. **[Doc. 50]**. In his petition under 28 U.S.C. § 2241, Petitioner sought immediate release from ICE custody. **[Doc. 1]**. An EOIR notice indicates that Petitioner was released from ICE custody at Otero County Processing Center on February 24, 2026. **[Docs. 50, 50-1]**.

Because Petitioner has been released from custody, there is no further relief the Court can grant in this matter. *Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006); *Hunt v. Rickard*, 25-cv-989, 2025 WL 3496307, at *1 (S.D.N.Y. Dec. 5, 2025) ("A petitioner's release from custody moots a habeas petition that 'no longer present[s] a case or controversy under Article III, § 2, of the Constitution.'") (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *Carafas v. LaVallee*, 391 U.S. 234 (1968)) (alteration in original)).

Accordingly, the Court is inclined to dismiss the case as moot. Petitioner is DIRECTED to notify the Court within **five (5) days** of any objection. Absent opposition, the Court will direct

the Clerk of Court to close this case without further notice.

      SO ORDERED.


/s/_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE