**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**KAMYAR SAREMISHAHAB,**

      Petitioner,

v.                                       Case No. 2:25-cv-00756

**DORA CASTRO,** Warden, Otero County Processing Center;
**MARY DE ANDA-YBARRA,** Director,
El Paso Field Office,
U.S. Immigration and Customs Enforcement;
**KRISTI NOEM,** Secretary of the
U.S. Department of Homeland Security; and
**PAM BONDI,**
Attorney General of the United States,
in their official capacities

      Respondents.

**<u>ORDER DISMISSING AND CLOSING CASE</u>**

THIS MATTER comes before the Court upon Petitioner's release from ICE custody. **[***See***
Doc. 50]**. Because Petitioner has been released from custody, there is no further relief the Court
can grant in this matter. *Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006); *Hunt v. Rickard*,
25-cv-989, 2025 WL 3496307, at *1 (S.D.N.Y. Dec. 5, 2025) ("A petitioner's release from custody
moots a habeas petition that 'no longer present[s] a case or controversy under Article III, § 2, of
the Constitution.'") (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *Carafas v. LaVallee*, 391 U.S.
234 (1968)) (alteration in original)).

On February 27, 2026, the Court directed Petitioner to show cause why the case should not
be dismissed as moot. **[Doc. 51]**. Hearing no objection, the Court will DISMISS the case. The
Clerk of Court is directed to CLOSE this case.

SO ORDERED.

/s/_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE